No. 87–1214. NATIONAL COTTONSEED PRODUCTS ASSN. *v.* MCLAUGHLIN, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir.

Certiorari denied. 